ACCEPTED
05-15-01430-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/2/2015 2:12:35 PM
LISA MATZ
CLERK

# CUTLER ▪ SMITH, P.C.

## ATTORNEYS AT LAW

**Park Central 7**
**12750 Merit Drive, Suite 1450**
**Dallas, Texas 75251**
**(214) 219-0800**

**DARRELL W. SMITH**
darrell@cutler-smith.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

12/2/2015 2:12:35 PM (214) 219-0854

LISA MATZ
Clerk

December 2, 2015

**<u>Via E-file</u>**
Clerk of the Court
Attn: Monica Hauser
Fifth court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

  *Re*:  Case No. 05-15-01430-CV; Trial Court Case No. DC-14-07676

Dear Clerk,

  Per my telephone conversation with Monica Hauser this morning, I am filing this letter along with the attached letter to the trial court clerk and the receipt for our firm's payment for the clerk's record to be filed with the Fifth Court of Appeals.

  Thank you for your attention to this matter. If you have questions or need anything else from us, please contact our office.

      Sincerely,

      *Leslie D. Parks*

      Legal Assistant

# CUTLER ■ SMITH, P.C.

## ATTORNEYS AT LAW
**Park Central 7**
**12750 Merit Drive, Suite 1450**
**Dallas, Texas 75251**
**(214) 219-0800**

DARRELL W. SMITH
darrell@cutler-smith.com

FAX: (214) 219-0854

December 2, 2015

**<u>Via Hand Delivery</u>**
Felicia Pitre
District Clerk
Lead Clerk, Transcript Dept.
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, Texas 75202-4604

  *Re*: Cause No. DC-14-07676*; BBL Builders, LP v. Elite Framing, et al.*

Dear Clerk,

  Enclosed is our firm's check in the amount of Nine Hundred Forty Two Dollars ($942.00), for payment of Clerk's Record to the Fifth Court of Appeals, Dallas, Texas, on behalf of Defendant, Appellant, Elite Framing.  Please forward the record to the Appeals Court expeditiously.

  Thank you for your attention to this matter.  If you have questions or need anything else from us, please contact our office.

       Sincerely,

       *Leslie D. Parks*

       Legal Assistant

enclosure

# OFFICIAL RECEIPT
### DALLAS COUNTY OFFICIAL RECEIPT FELICIA PITRE, DISTRICT CLERK

Payor
CUTLER SMITH PC

Receipt No.
**70693-2015-DCLK**

Transaction Date
12/2/2015

| Description | Amount Paid |
|---|---|

ELITE FRAMING
    DC-14-07676
    BBL BUILDERS, L.P. vs. ELITE FRAMING et al

| | |
|---|---|
| TRANSCRIPT FEE | 942.00 |
| SUBTOTAL | 942.00 |

Remaining Balance Due: $0.00

| PAYMENT TOTAL | 942.00 |
|---|---|

| | |
|---|---|
| CHECK (Ref #13646) Tendered | 942.00 |
| Total Tendered | 942.00 |
| Change | 0.00 |

| 12/02/2015 | Cashier | Audit |
|---|---|---|
| 12:49 PM | Station DC103 | 58256805 |

## OFFICIAL RECEIPT